IN RE G. Paul HOWES, Petitioner.

A Disbarred Member of the Bar of the District of Columbia Court of Appeals, Bar Registration No. 434709

No. 17–BG–328

District of Columbia Court of Appeals.

Filed June 1, 2017

BEFORE: Glickman and Thompson, Associate Judges, and Nebeker,* Senior Judge.

## ORDER

PER CURIAM

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Howes has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Howes*, 52 A.3d 1 (D.C. 2012); *In re Howes*, 39 A.3d 1 (D.C. 2012), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that G. Paul Howes is hereby reinstated to the Bar of the District of Columbia.

* Judge Nebeker would deny the motion to reinstate. Mr. Howes violated a most sacred code as an Assistant United States Attorney for which, in my view, there is no redemption. The gravamina of his misconduct should be

held as an example to all AUSAs that what he did will, for his lifetime, be a bar to reinstatement. For a former AUSA this would not be excessive. It would be justice.